## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **Case No.: 21-cr-292 RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER WORRELL,** | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF UPDATE ON DEFENDANT'S MEDICAL STATUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Christopher Worrell, through his attorney Alex Stavrou, write jointly to update the Court with respect to Mr. Worrell's medical status, following our review of Mr. Worrell's most recent medical records.

First, with respect to Mr. Worrell's finger fracture, the U.S. Marshals Service recently requested an outside appointment for Mr. Worrell to be seen for surgery, but that outside appointment has not yet been scheduled. It is in the process of being approved.

Second, Mr. Worrell had a further visit with his oncologist in the last three days, at which time Mr. Worrell and his oncologist discussed the results of Mr. Worrell's skin biopsy. Those results are not yet reflected in the medical records.

The parties will provide a further update to the Court as a notice on the docket once there is an update on Mr. Worrell's finger fracture surgery or the results of his skin biopsy. The parties anticipate that at least one of those two updates will be reflected in the medical records by next week.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   */s/ William Dreher*     
WILLIAM DREHER
Assistant United States Attorney
D.C. Bar No. 1033828
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

ALEX R. STAVROU, P.A.
13046 Racetrack Road
Suite 333
Tampa, FL 33626
813-251-1289
alex@alexstavrou.com
*Counsel for defendant Christopher Worrell*