# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 21-cr-292 RCL |
| v. | |
| CHRISTOPHER WORRELL, Defendant. | |

## NOTICE OF UPDATE ON DEFENDANT'S MEDICAL STATUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Christopher Worrell, through his attorney Alex Stavrou, write jointly to update the Court with respect to Mr. Worrell's medical status, following our review of Mr. Worrell's most recent medical records. Those most recent medical records are attached as Exhibit 3.

First, with respect to Mr. Worrell's finger fracture, the surgery for that is still in the process of approval by the U.S. Marshals.

Second, as noted previously, Mr. Worrell had a follow-up visit with his oncologist in late September, at which time Mr. Worrell and his oncologist discussed the results of Mr. Worrell's skin biopsy. According to the records, that biopsy showed "superficial and deep atypical lymphoid infiltrate consistent with B cell lymphoma, [and consistent with] recurrence of B cell lymphoma." Ex. 3 at 2. The oncologist recommended a course of treatment "with gazyva/bendamustine," a form of chemotherapy, and an additional "excisional biopsy of the lymph nodes," as well as a consultation with radiation oncology to determine if radiotherapy is indicated for Mr. Worrell. *Id.* at 2, 3. As a result of the oncologist's recommendations, the requested laboratory testing was ordered, *id.* at 9-10, Mr. Worrell was referred back to an Ear, Nose, and Throat specialist for the excisional biopsy, *id.* at 2, and a referral was written for Mr. Worrell to be seen by radiation

oncology, *id.*

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

        By:   */s/ William Dreher*
        WILLIAM DREHER
        Assistant United States Attorney
        D.C. Bar No. 1033828
        700 Stewart Street, Suite 5220
        Seattle, WA 98101
        (206) 553-4579
        william.dreher@usdoj.gov

        ALEX R. STAVROU, P.A.
        13046 Racetrack Road
        Suite 333
        Tampa, FL 33626
        813-251-1289
        alex@alexstavrou.com
        *Counsel for defendant Christopher Worrell*