# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**CHIRSTOPHER WORRELL,**

*Defendant.*

Case No. 1:21-cr-292-RCL

# ORDER

Upon receipt of the parties' Notice of Update on Defendant's Medical Status, the undersigned contacted Acting United States Marshal Lamont Ruffin to inquire about the notation that "the surgery for [Mr. Worrell's finger fracture] is still in the process of approval by the U.S. Marshals." ECF No. 101 at 1.

The Marshal explained that despite <u>repeated</u> requests from the U.S. Marshals Service ("USMS") Medical Branch, the D.C. Department of Corrections has not provided the actual narrative specialist notes from orthopedic hand specialist Dr. Wilson, who evaluated Mr. Worrell and is recommending proceeding with surgical repair. Accordingly, it is hereby

**ORDERED** that the D.C. Jail and D.C. Department of Corrections submit this information to the USMS **FORTHWITH**.

**ORDERED** that the D.C. Jail and D.C. Department of Corrections are to resubmit the Electronic Prisoner Medical Request with all appropriate and requested information **FORTHWITH**.

**ORDERED** that the United States ensure that a copy of this order is provided **FORTHWITH** to the Warden of the D.C. Jail and Director the D.C. Department of Corrections.

1

**ORDERED** that the United States file **FORTHWITH** with this Court a copy of anything provided by the Department of Corrections to the USMS.

**IT IS SO ORDERED.**

Date: 10/8/21

Royce C. Lamberth
United States District Judge