UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER WORRELL,<br><br>*Defendant*. | Case No. 1:21-cr-292-RCL |

## ORDER

For the reasons stated in open court on November 3, 2021, it is hereby **ORDERED** that defendant's motion [81] to revoke his detention is **GRANTED**. Defendant's motion [84] to supplement his revocation motion and motion to strike [90] filings are **DENIED AS MOOT**.

The government has represented to the Court that it does not object to Tricia Priller as a third-party custodian at this time. Accordingly, it is further **ORDERED** that defendant shall be immediately released into Ms. Priller's custody.

It is further **ORDERED** that defendant shall report to the Middle District of Florida's Probation/Pretrial Services Office within 24 hours of his release or by 4:30 P.M. on November 5, 2021, whichever is earlier.

It is further **ORDERED** that defendant shall comply with the separate release order issued by the Court in this matter.

It is further **ORDERED** that counsel for defendant shall obtain and file the written acknowledgement from defendant concerning the conditions of his release.

**IT IS SO ORDERED.**

Date: 11/4/21

Royce C. Lamberth
United States District Judge

1